# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL R. MCNEIL,**
       **Plaintiff,**

**v.**                                          **Case No. 6:23-cv-2300-JA-RMN**

**VOLUSIA COUNTY THREE LLC**
**and DOLORES SEALS,**
       **Defendants.**

## ORDER OF DISMISSAL

The Court has been advised by the Plaintiff that the above-styled action has been completely settled. (Notice of Settlement, Doc. 11).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on February 25, 2024.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record