# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE No.: 6:23-cv-02300-JA-RMN

MICHAEL R. MCNEIL,

    Plaintiff,

vs.

VOLUSIA COUNTY THREE, LLC,
and DOLORES SEALS, d/b/a
MIKEY'S PIZZA,

    Defendants.

_____/

## **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff MICHAEL R. MCNEIL, by and through his undersigned counsel, hereby files this Stipulation of Voluntary Dismissal, with prejudice, of this action, against Defendants, VOLUSIA COUNTY THREE, LLC, and DOLORES SEALS, d/b/a MIKEY'S PIZZA.

Respectfully submitted this 8th day of March 2024.

   By: /s/Joe M. Quick, Esq.
      Joe M. Quick, Esq.
      Florida Bar No.: 0883794
      Law Office of Joe Quick, P.A.
      *Counsel for Plaintiff*
      1224 S. Peninsula Drive #619
      Daytona Beach, Florida 32118
      Tel: (386) 212-3591
      E-mail: JMQuickesq@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of March 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

    By: /s/Joe M. Quick, Esq.
        Joe M. Quick, Esq.
        Florida Bar No.: 0883794
        Law Office of Joe Quick, P.A.
        *Counsel for Plaintiff*
        1224 S. Peninsula Drive #619
        Daytona Beach, Florida 32118
        Tel: (386) 212-3591
        E-mail: JMQuickesq@gmail.com